AND NOW, THIS __16th__ DAY OF __June 06__, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

_/s/ Gary L. Lancaster_
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America,       )
                                )
        Plaintiff,               )
vs                              )   Criminal Action No. 01-36
                                )
                                )
Terrance A. Tarver,             )   MOTION FOR AMENDMENT OF JUDGMENT
                                )   PER Fed. R. Civ Proc. Rule 59(e),
        Defendant                )   &/or MOTION FOR NUNC PRO TUNC
                                    ORDER TO CLARIFY JUDGMENT

Now comes the defendant (def't) & moves for a MOTION TO ALTER OR AMEND JUDGMENT per Rule 59(e), FRCP &/or motion to clarify judgment per ORDER Nunc Pro Tunc.

Per the record, the def't moved for "MOTION FOR ADJUSTMENT OF CONCURRENT SENTENCE". This Court responded 5-30-6, which def't did not receive until 6-5-6 per Ex A, stamp from the BOP. Per Rule 59(e), "Motion to Alter or Amend Judgment, the def't has filed same by delivering it to "prison authorities", per Houston v Lack, infra, within this 10 day period. See Rule 59(e) "... shall be filed no later than of days of the judgment". In addition per the FRCP weekends are NOT included in this 10 day calculation. See Rule 6(a) FRCP, "Computation". "In computing any period of time prescribed .. by these rules ... the DAY OF THE ACT, ... of time begins to run shall NOT BE INCLUDED ... When the period of time prescribed .. is LESS THAN 11 days, intermediate Saturdays, Sundays ... shall be excluded in the computation."

Hence, per Court order (from the date of the journalization) which the def't cannot ascertain, conservatively would be 5/31/6, for the 1st day with 2 weekends, making the 10th day 6-13-6. Def't mailed same 6-9-6.

If the receipt date is used, per Ex A:6-5-6, the def't would have even more time for a timely filing. Hence, per the record this filing is timely.